IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR413 |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| **JASIN GONZALEZ ,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' Suggestion of Death and attached death certificate (Filing No. 45). The Court, being duly advised in the premises, finds as follows:

IT IS HEREBY ORDERED:

1. The United States' motion to dismiss (Filing No. 45) is granted;

2. Leave of Court is granted for the United States to dismiss the Indictment filed herein against the Defendant, Jasin Gonzalez; and

3. The Indictment filed herein is hereby dismissed, without prejudice, as it pertains to the Defendant, Jasin Gonzalez.

DATED this 3rd day of June, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge